

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00180-CR

Ex parte Billy Joe Armstrong, Jr. § From the 355th District Court

§ of Hood County (CR13001)

§ August 26, 2015

§ Opinion by Justice Gardner

§ (nfp)

## JUDGMENT

The court has considered the record on appeal and the "State's Motion to Dismiss Appeal as Moot." The court grants the State's motion and dismisses this appeal as moot.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Anne Gardner_____
      Justice Anne Gardner